**Order entered September 28, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00651-CV**

**RUTH TORRES, Appellant**

**V.**

**UNAUTHORIZED PRACTICE OF LAW COMMITTEE FOR THE**
**SUPREME COURT OF TEXAS, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-07071**

**ORDER**

Before the Court is appellant's September 27, 2021 motion for extension of time to file her brief. Appellant explains the extension is necessary, in part, because the clerk's record is incomplete and a supplemental clerk's record has been requested.

We **GRANT** the motion to the extent we **ORDER** Dallas County District Clerk Felicia Pitre to file, no later than October 8, 2021, the supplemental clerk's record requested by appellant on September 27, 2021. We **RESET** the deadline

for filing appellant's brief to thirty days from the filing of the supplemental clerk's record.

We note Tenesa Shaw, Official Court Reporter for the 192nd Judicial District Court, has filed a corrected volume 4 of the reporter's record. Accordingly, we **STRIKE** volume 4 of the reporter's record filed August 23, 2021.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.

/s/　KEN MOLBERG
　　　JUSTICE